UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARANYELIS DUME, *individually and on behalf of others similarly situated*,

                                   Plaintiff(s),

-against-

STEVEN DELI & GROCERY CORP. (d/b/a STEVEN DELI GROCERY CORP.), and JOSE CORNIEL,

                                   Defendant(s).

Case No.: 21-cv-01332-MKV

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

------------------------------------------------------------X

To:
    Victor J. Molina, Esq.
    Benjamin Sharav, Esq.
    Law Office of Victor J. Molina,
    930 Grand Concourse, Suite 1A
    Bronx, New York 10451
    *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff MARANYELIS DUME hereby accepts the offer of judgment dated June 23, 2021, and made by Defendants STEVEN DELI & GROCERY CORP. (d/b/a STEVEN DELI GROCERY CORP.) and JOSE CORNIEL pursuant to Rule 68 of the Federal Rules of Civil Procedure. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
         June 23, 2021

                                        /s/ Michael Faillace
                                  Michael Faillace
                                  MICHAEL FAILLACE & ASSOCIATES, P.C.
                                  60 East 42nd Street, Suite 4510
                                  New York, NY 10165
                                  (212) 317-1200
                                  *Attorneys for Plaintiff*