**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARANYELIS DUME, *individually and on behalf of others similarly situated,*

Plaintiff(s),

-against-

STEVEN DELI & GROCERY CORP. (d/b/a STEVEN DELI GROCERY CORP.), and JOSE CORNIEL,

Defendant(s).

------------------------------------------------------------X

Case No.: 21-cv-01332-MKV

[Proposed Form Of]
**JUDGMENT**

**JUDGMENT**

On June 23, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARANYELIS DUME, has judgment against STEVEN DELI & GROCERY CORP. (d/b/a STEVEN DELI GROCERY CORP.) and JOSE CORNIEL, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

_____
MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE