USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MARANYELIS DUME, *individually and on behalf of others similarly situated,*

Plaintiff(s),

-against-

STEVEN DELI & GROCERY CORP. (d/b/a STEVEN DELI GROCERY CORP.), and JOSE CORNIEL,

Defendant(s).

-----------------------------------------------------------------X

Case No.: 21-cv-01332-MKV

## **JUDGMENT**

On June 23, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARANYELIS DUME, has judgment against STEVEN DELI & GROCERY CORP. (d/b/a STEVEN DELI GROCERY CORP.) and JOSE CORNIEL, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: July 13, 2021

MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE